UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 43116
THOMASENE JOHNSON

                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-3892


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/19/04 and confirmed on 02/28/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  11838.34 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIAL CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1012.34 | .00 | 1012.34 |
| LAKEWOOD VALLEY RECREATI | SECURED | 806.55 | .00 | 806.55 |
| NICOR GAS | UNSECURED | 123.20 | .00 | 123.20 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 4108.03 | .00 | 4108.03 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1678.48 | .00 | 1678.48 |
| LAKEWOOD VALLEY TOWNHOME | SECURED | 1574.87 | .00 | 1574.87 |

                Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4059.90 | .00 | 5243.57 | .00 | 9303.47 |
| PRINCIPAL PAID | 4059.90 | .00 | 5243.57 | .00 | 9303.47 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4059.90 | .00 | 5243.57 | .00 | 9303.47 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH          , was allowed $   2200.00
and was paid $    300.00  direct and $   1900.00  through the plan.

The Trustee received $     482.40 .

Refunds to the Debtor totaled $     152.47 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE